■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. LILLY, Appellant. [619 NYS2d 985] —Judgment unanimously affirmed. Memorandum: Defendant made an insufficient factual showing to warrant disclosure of all "use of force" reports prepared by the arresting officer *(see,* Civil

Rights Law § 50-a [2]; *see also, People v Gissendanner,* 48 NY2d 543, 550). The evidence, viewed in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), establishes that the officer sustained "physical injury" (Penal Law § 10.00 [9]; *see, People v Godbold,* 207 AD2d 1008; *People v Mallard,* 207 AD2d 1018; *People v Soto,* 184 AD2d 673, *lv denied* 80 NY2d 910). The jury verdict finding defendant guilty of assault in the second degree (Penal Law § 120.05 [3]) and resisting arrest (Penal Law § 205.30) is not contrary to the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from Judgment of Onondaga County Court, Burke, J.—Assault, 2nd Degree.) Present—Denman, P. J., Green, Balio, Wesley and Callahan, JJ.